[No. 4146–II.  Division Two.  May 18, 1981.]

ALCID M. BECHARD, ET AL, *Respondents,* v. MARK D. O'GALLEHER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 270834, William L. Brown, Jr., J., entered June 6, 1979. *Dismissed* by unpublished opinion per Pearson, J., concurred in by Petrie, A.C.J., and Corbett, J.

[No. 4634–II.  Division Two.  May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS JAMES SIGMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00452–9, Thomas L. Lodge, J., entered February 15, 1980. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4373–II.  Division Two.  May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES M. TAIT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–1–00164–1, Jay W. Hamilton, J., entered October 24, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Pearson, J., concurred in by Petrie, A.C.J., and Corbett, J.